UNITED STATES BANKRUPTCY COURT District of Arizona

## Notice of
## Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 11 bankruptcy case concerning the debtor(s) listed below was filed on 10/31/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Estancia Properties, LLC
6040 EAST MAIN STREET
#466
Mesa, AZ 85205

| Case Number: 2:13−bk−19099−RJH | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos: 26−1303997 |
|---|---|
| Attorney for Debtor(s) (name and address): RONALD J. ELLETT ELLETT LAW OFFICES, P.C. 2999 North 44th Street Suite 330 PHOENIX, AZ 85018 Telephone number:  602−235−9510 | |

### Meeting of Creditors

Date:  **December 3, 2013**                    Time:  **10:30 AM**
Location:  **US Trustee Meeting Room, 230 N. First Avenue, Suite 102, Phoenix, AZ**

### Deadline to File a Proof of Claim

Proof of claim must be *received* by the bankruptcy clerk's office by the following deadline:

Notice of deadline will be sent at a later time.

#### Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

#### Deadline to File a Complaint to Determine Dischargeability of Certain Debts:

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court, Arizona 230 North First Avenue, Suite 101 Phoenix, AZ 85003−1727 Telephone number:  (602) 682−4000 | **For the Court:** Clerk of the Bankruptcy Court: George Prentice |
|---|---|
| Hours Open:  Monday – Friday 9:00 AM – 4:00 PM | Date:  11/8/13 |

...

-

...

...

...

...

...

...

# EXPLANATIONS <span style="float:right">B9F (Official Form 9F) (12/12)</span>

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form (Official Form B10) can be obtained at the court's website: http://www.azb.uscourts.gov/default.aspx?PID=76 or at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on the plan. The court has not yet set a deadline to file a Proof of Claim. If a deadline is set, you will be sent another notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims will be set in a later court order and will apply to all creditors unless the order provides otherwise. If notice of the order setting the deadline is sent to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Dismissal of Case | This case shall be dismissed if the debtor(s) fail to appear at the meeting of creditors or fail to timely file all required schedules and statements. |
| Required Papers | **All individual debtors must provide photo identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed.** |

## Refer to Other Side for Important Deadlines and Notices

```
                        United States Bankruptcy Court
                             District of Arizona
In re:                                                        Case No. 13-19099-RJH
Estancia Properties, LLC                                      Chapter 11
         Debtor             CERTIFICATE OF NOTICE

District/off: 0970-2          User: callahanj         Page 1 of 1       Date Rcvd: Nov 08, 2013
                              Form ID: b9f             Total Noticed: 20
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2013.
```
db          +Estancia Properties, LLC,   6040 EAST MAIN STREET,    #466,    Mesa, AZ 85205-8928
aty         +WARREN J. STAPLETON,   Osborn Maledon,   2929 N. Central Avenue, Suite 2100,
              PHOENIX, AZ 85012-2793
cr          +East West Investments, Inc.,   135 N Los Robles Ave,    2nd Floor,   Pasadena, CA 91101-4538
12626483    +CITY OF PHOENIX,   PO BOX 29690,   Phoenix, AZ 85038-9690
12626484    +COLEMAN LAW FIRM, P.L.C.,   2502 EAST UNIVERSITY DRIVE,    SUITE 200,   Phoenix, AZ 85034-6921
12626485    +DESERT STAR APARTMENTS, LLC,   3625 NORTH 16TH STREET,    #100,   Phoenix, AZ 85016-6446
12626487    +ESTANCIA APARTMENTS LLC,   18653 VENTURA BLVD,    #288,   Tarzana, CA 91356-4103
12626488    +FARMER'S INSURANCE,   2651 WEST GUADALUPE ROAD,    #102,   Mesa, AZ 85202-7250
12626489    +HD SUPPLY,   PO BOX 509058,   San Diego, CA 92150-9058
12626490    +MARICOPA COUNTY TREASURER,   301 W. JEFFERSON SUITE 100,   Phoenix, AZ 85003-2199
12626491    +MARK SCHOFIELD,   423 NORTH CRESTON,    #233,   Mesa, AZ 85213-7027
12626492    +OPTIMA MANAGMENT SERVICES LLC,   2338 WEST ROYAL PALM ROAD,    SUITE J,   Phoenix, AZ 85021-9339
12626493    +ROFL INVESTMENTS,   6040 EAST MAIN STREET,    #466,   Mesa, AZ 85205-8928
12626494    +SRP,   PO BOX 80062,   Prescott, AZ 86304-8062
12626495    +TOMECAK DESIGN,   4636 NORTH 32ND STREET,   Phoenix, AZ 85018-3305
12626496    +UDALL SHUMWAY,   1138 NORTH ALMA SCHOOL ROAD,    SUITE 101,   Mesa, AZ 85201-6695
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: rjellett@ellettlaw.phxcoxmail.com Nov 08 2013 23:59:15    RONALD J. ELLETT,
              ELLETT LAW OFFICES, P.C.,   2999 North 44th Street,   Suite 330,   PHOENIX, AZ  85018
smg          EDI: AZDEPREV.COM Nov 08 2013 23:53:00     AZ DEPARTMENT OF REVENUE,   BANKRUPTCY & LITIGATION,
              1600 W. MONROE, 7TH FL.,   PHOENIX, AZ  85007-2650
12626486    +E-mail/Text: bankruptcynotice@eastwestbank.com Nov 08 2013 23:59:51    EAST WEST BANK,
              135 NORTH LOS ROBLES AVENUE,   2ND FLOOR,   Pasadena, CA 91101-4538
12615396    +E-mail/Text: bankruptcynotice@eastwestbank.com Nov 08 2013 23:59:51    East West Bank,
              135 N Los Robles Ave 2nd Floor,   Pasadena CA 91101-4538
                                                                           TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +East West Bank,   135 N Los Robles Ave,   2nd Floor,   Pasadena, CA 91101-4538
                                                                    TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2013                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2013 at the address(es) listed below:
```
         ELIZABETH C. AMOROSI   on behalf of U.S. Trustee   U.S. TRUSTEE Elizabeth.C.Amorosi@usdoj.gov
         RONALD J. ELLETT   on behalf of Debtor   Estancia Properties, LLC
          rjellett@ellettlaw.phxcoxmail.com, hsantilli@ellettlaw.com;adlannon@ellettlaw.com
         WARREN J. STAPLETON   on behalf of Creditor   East West Investments, Inc. wstapleton@omlaw.com,
          pnieto@omlaw.com
         WARREN J. STAPLETON   on behalf of Creditor   East West Bank wstapleton@omlaw.com,
          pnieto@omlaw.com
                                                                           TOTAL: 4
```