**Ronald J. Ellett, No. 012697**
**ELLETT LAW OFFICES, P.C.**
**2999 North 44th Street, Suite 330**
**Phoenix, Arizona 85018**
**(602) 235-9510**
**Attorney for Debtor**

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | CASE NO. 13-bk-19099-RJH |
| Estancia Properties, LLC | **APPLICATION BY DEBTOR FOR AUTHORITY TO EMPLOY AND APPOINT ACCOUNTANT** |
| Debtor. | |

Estancia Properties, LLC, the above-named Debtor, by and through undersigned counsel, requests this Court to authorize it to employ, an accountant, Craig Gatesman and the firm of C & L Accounting, Inc. to assist in performance of the following tasks:

1. Review, reconcile, and prepare the required monthly Operating Reports;

2. The Debtor desires to employ said accountant on an hourly basis, said hourly rate to be pursuant to the attached rate schedule found at Exhibit A. The rates range from $65.00 per hour;

3. The Debtor believes that it is in the best interests of the estate and its creditors that it be authorized to employ said accountant as neither the Debtor nor his counsel have the accounting expertise which will be required in this case;

4. Craig Gatesman and the firm of C & L Accounting, Inc. represent no other entity in connection with this case and represents or holds no interest adverse to the interests of this estate with respect to the matters on which they are to be employed. (Exhibit "B").

| | |
|---|---|
| 1 | DATED this 31st, day of January, 2014. |
| 2 | ELLETT LAW OFFICES, P.C. |
| 3 | |
| 4 | /s/ Ronald J. Ellett<br>Ronald J. Ellett |
| 5 | 2999 North 44th Street<br>Suite 330<br>Phoenix, Arizona 85018 |