

**C & L Accounting, Inc.**
26815 North 31st Drive
Phoenix, Arizona 85083
(602) 818-6339
candlaccounting@gmail.com

*Building Clients For Life*

January 20, 2014

United States Bankruptcy Court

To whom it may concern,

I have contracted with Estancia Properties, LLC - Case No. 2:13-bk-19099-RJH - to complete the Business and Industry Monthly Operating Report in compliance with the company's Chapter 11 bankruptcy filing. The contracted rate for this engagement is $65.00 per hour. I will review all company accounting records, including the general ledger, profit and loss and balance sheet. My review will also include a review of rental billings, accounts receivable, accounts payable and contracted payroll services. I will make any entries and adjustments to correct the company information, when necessary, to be in accordance with Generally Accepted Accounting Principles (GAAP). I can be contacted at (602) 818-6339 if you should have any questions.

Sincerely,

Craig Gatesman

C & L Accounting, Inc.