Ronald J. Ellett, No. 012697
ELLETT LAW OFFICES, P.C.
2999 North 44th Street, Suite 330
Phoenix, Arizona 85018
(602) 235-9510
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

In re:                               )
                                     )   CASE NO. 13-bk-19099-RJH
Estancia Properties, LLC             )
                                     )   Sworn Statement Under Penalty of Perjury
            Debtor.                  )
_____)

STATE OF ARIZONA    )
                    ) ss.
County of Maricopa  )

Craig Gatesman, under penalty of perjury, states:

1. I make this **Sworn Statement Under Penalty of Perjury** based on my personal knowledge of these facts.

2. I am an accountant and own the firm, C & L Accounting, Inc.;

3. Neither my firm nor I am a creditor of said Debtor;

4. I have no agreement or understanding, expressed or implied, with the Debtor or with anyone else as to any division of said fees, except that which normally follows in the professional corporation as to all fees that are collected by any of the shareholders;

5. The contracted rate for my services and services of my firm are $65 per hour; and

6. Nether I nor my firm represent any interest adverse to said Debtor or the Estate of said Debtor in the matters upon which I am to be engaged.

DATED 1/31/14

_____