```
                                              IT IS HEREBY ADJUDGED and
                                              DECREED this is SO ORDERED.

                                              The party obtaining this order is responsible
                                              for noticing it pursuant to Local Rule 9022-1.

                                              Dated: February 11, 2014
```


**Ronald J. Ellett, No. 012697**
**ELLETT LAW OFFICES, P.C.**
**2999 North 44th Street, Suite 330**
**Phoenix, Arizona 85018**
**(602) 235-9510**
**Attorney for Debtor**

*Randolph J. Haines* (signature)

**Randolph J. Haines, Chief Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

**In re:**

Estancia Properties, LLC

**Debtor.**

**Case Number:** 13-bk-19099-RJH

**ORDER AUTHORIZING EMPLOYMENT OF B. AARON COLEMAN**

Upon the Application of Debtor, Estancia Properties, LLC, praying for authority to employ and appoint B. Aaron Coleman, as their special counsel for handling State Court Evictions, and upon the Sworn Statement of B. Aaron Coleman and it appearing that no notice of a Hearing on said Application should be given, and no adverse interest having been represented, and it further appearing that B. Aaron Coleman is an attorney, and the Court being satisfied that represents no interest adverse to said Debtor in the matters upon which he is to be engaged, that his employment is necessary and would be in the best interest of the Estate,

IT IS HEREBY ORDERED that Estancia Properties, LLC be and is hereby authorized to employ and appoint B. Aaron Coleman as their special counsel, and that any member or associate of said firm may appear for and on behalf of the Debtor in this matter. No compensation to be paid by the Debtor except pursuant to further order following notice.

                                              DATED AND SIGNED ABOVE.

Case 2:13-bk-19099-MCW    Doc 80    Filed 02/11/14    Entered 02/12/14 09:45:56    Desc
                    Main Document    Page 1 of 1