```
Ronald J. Ellett, No. 012697
ELLETT LAW OFFICES, P.C.
2999 North 44th Street, Suite 330
Phoenix, Arizona 85018
(602) 235-9510
Attorney for Debtor
```



IT IS HEREBY ADJUDGED and
DECREED this is SO ORDERED.

*The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.*

Dated: February 11, 2014

*Randolph J. Haines*

**Randolph J. Haines, Chief Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

In re: )
) **Case Number:** 13-bk-19099-RJH
Estancia Properties, LLC )
)
) **ORDER AUTHORIZING EMPLOYMENT**
) **OF CRAIG GATESMAN**
Debtor. )
)
_____ )

   Upon the Application of Debtor, Estancia Properties, LLC, praying for authority to employ and appoint Craig Gatesman, as their accountant, and upon the Sworn Statement of Craig Gatesman and it appearing that no notice of a Hearing on said Application should be given, and no adverse interest having been represented, and it further appearing that Craig Gatesman is an accountant, and the Court being satisfied that represents no interest adverse to said Debtor in the matters upon which he is to be engaged, that his employment is necessary and would be in the best interest of the Estate,

   IT IS HEREBY ORDERED that Estancia Properties, LLC be and is hereby authorized to employ and appoint Craig Gatesman as their accountant, and that any member or associate of said firm may appear for and on behalf of the Debtor in this matter. No compensation to be paid by the Debtor except pursuant to further order following notice.

                                   DATED AND SIGNED ABOVE.